| Fill in this information to identify the case: | |
|---|---|
| United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS** | |
| Case number (if known): _____ Chapter __11__ | ☐ Check if this is an amended filing |

Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy       06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

| | | | |
|---|---|---|---|
| 1. | Debtor's name | **Cornerstone Onsite, LLC** | |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | dba Dent-Well; dba Campus Smiles; dba Mobile Dentistry Solutions; dba MDS; dba WellSmiles | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 8 0 − 0 5 3 1 2 6 9 | |
| 4. | Debtor's address | **Principal place of business**<br><br>**7575 San Felipe Street**<br>Number       Street<br>**Suite 101**<br><br>**Houston            TX      77063-1776**<br>City                                State      ZIP Code<br><br>**Harris**<br>County | **Mailing address, if different from principal place of business**<br><br>Number       Street<br><br>P.O. Box<br><br>City                                State      ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number       Street<br><br>City                                State      ZIP Code |
| 5. | Debtor's website (URL) | | |
| 6. | Type of debtor | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ | |

Debtor **Cornerstone Onsite, LLC** _____   Case number (if known) _____

**7. Describe debtor's business**

A. Check one:

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the above

B. Check all that apply:

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes

____ ____ ____ ____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

Check one:

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11.   Check all that apply:

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, AND IT CHOOSES TO PROCEED UNDER SUBCHAPTER V OF CHAPTER 11. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☑ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Debtor **Cornerstone Onsite, LLC** _____ Case number (if known) _____

| | | | | |
|---|---|---|---|---|
| **9.** | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** <br><br> If more than 2 cases, attach a separate list. | ☑ No <br> ☐ Yes. | District _____ When _____ Case number _____ <br> MM / DD / YYYY <br><br> District _____ When _____ Case number _____ <br> MM / DD / YYYY <br><br> District _____ When _____ Case number _____ <br> MM / DD / YYYY | |
| **10.** | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** <br><br> List all cases. If more than 1, attach a separate list. | ☑ No <br> ☐ Yes. | Debtor _____ Relationship _____ <br> District _____ When _____ <br> MM / DD / YYYY <br> Case number, if known _____ <br><br> Debtor _____ Relationship _____ <br> District _____ When _____ <br> MM / DD / YYYY <br> Case number, if known _____ | |
| **11.** | **Why is the case filed in _this district_?** | *Check all that apply:* <br><br> ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. <br><br> ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. | | |

Debtor **Cornerstone Onsite, LLC**  Case number (if known) _____

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number   Street

_____
City                                    State    ZIP Code

**Is the property insured?**

☐ No
☐ Yes.  Insurance agency _____
       Contact name _____
       Phone _____

### Statistical and adminstrative information

**13. Debtor's estimation of available funds**

*Check one:*
☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49                ☐ 1,000-5,000        ☐ 25,001-50,000
☒ 50-99               ☐ 5,001-10,000       ☐ 50,001-100,000
☐ 100-199             ☐ 10,001-25,000      ☐ More than 100,000
☐ 200-999

**15. Estimated assets**

☐ $0-$50,000              ☒ $1,000,001-$10 million       ☐ $500,000,001-$1 billion
☐ $50,001-$100,000        ☐ $10,000,001-$50 million      ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000       ☐ $50,000,001-$100 million     ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million     ☐ $100,000,001-$500 million    ☐ More than $50 billion

**16. Estimated liabilities**

☐ $0-$50,000              ☒ $1,000,001-$10 million       ☐ $500,000,001-$1 billion
☐ $50,001-$100,000        ☐ $10,000,001-$50 million      ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000       ☐ $50,000,001-$100 million     ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million     ☐ $100,000,001-$500 million    ☐ More than $50 billion

Debtor **Cornerstone Onsite, LLC**  Case number (if known) _____

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **03/17/2023**
MM / DD / YYYY

X **/s/ John D. White**
Signature of authorized representative of debtor

**John D. White**
Printed name

**Chair**
Title

**18. Signature of attorney**

X **/s/ John Akard Jr.**   Date **03/17/2023**
Signature of attorney for debtor    MM / DD / YYYY

**John Akard Jr.**
Printed name

**Coplen & Banks, PC**
Firm name

**11111 McCracken, Suite A**
Number      Street

**Cypress**               **TX**        **77429**
City                      State         ZIP Code

**(832) 237-8600**             **johnakard@attorney-cpa.com**
Contact phone                  Email address

**00790212**                   **TX**
Bar number                     State

Official Form 201   **Voluntary Petition for Non-Individuals Filing for Bankruptcy**   page 5

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Cornerstone Onsite, LLC** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF TEXAS** |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 204

**Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders**                                        **12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Align Technology, Inc. P.O. Box 742531 Los Angeles, CA 90074-2531 | | Vendor | | | | $474,996.85 |
| 2 | Chase P.O. Box 15298 Wilmington, , DE 19850-5298 | | Credit Card | | | | $190,000.00 |
| 3 | Benco P.O. Box 491 Pittston, PA 18640-0491 | | Vendor | | | | $97,546.19 |
| 4 | Glidewell 4141 Mac Arthur Blvd. Newport Beach, CA 92660 | | Vendor | | | | $87,966.79 |
| 5 | Patterson Financial Services Patterson Dental Supply, Inc 5373 West Sam Parkway North | | Purchase Money | | | | $72,974.90 |

Official Form 204        Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims        page 1

Debtor  **Cornerstone Onsite, LLC**  Case number (if known) _____
            Name

| # | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6 | UCLA Ashe Student Health Center Attn: Adrian Martinez 221 Westwood Plaza Campus Code 170306 Los Angeles, CA 90095- | | Lease | | | | $71,027.00 |
| 7 | Regents of Univ of CA - UCLA UCLA Real Estate 10920 Wilshire Blvd. Suite 810 Los Angeles, CA 90024 | | Lease | | | | $60,998.00 |
| 8 | Synergi Partners PO Box 5599 Florence, SC  29502 | | ERC Tax Assistance | | | | $59,202.03 |
| 9 | Merit Medical ATTN: Accounts Payable 1600 W. Merit Parkway South Jordan, UT 84095 | | Landlord | | | | $39,655.00 |
| 10 | Patterson Companies 1031 Mendota Heights Rd Saint Paul, MN 55120 | | Equipment Purchase | | $39,671.39 | $20,500.00 | $19,171.39 |
| 11 | Burbank Dental Lab 2101 Floyd St. Burbank, CA 91504 | | Vendor | | | | $18,766.60 |
| 12 | Henry Schein Dept CH 10241 Palatine, IL 60055-0241 | | Vendor | | | | $17,722.64 |
| 13 | Henry Schein Dept. CH 10560 Palatine, IL 60055-0560 | | Vendor | | | | $16,030.80 |

Official Form 204   Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims   page 2

Debtor **Cornerstone Onsite, LLC**    Case number (if known) _____
       Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 14 Maverick Dental Laboratories, LLC 1615 Golden Mile Hwy Monroeville, PA 15146 | | Vendor | | | | $13,871.40 |
| 15 NC State University ATTN: Leah Arnett 2815 Cates Avenue Campus Box 7304 Raleigh, NC 27695 | | Lease | | | | $12,500.00 |
| 16 Henry Schein 1822 Aston Ave Carlsbd, CA 92008 | | Vendor | | | | $9,593.33 |
| 17 Smart Practice P.O. Box 2961 Milwaukee, WI 53201-2961 | | Vendor | | | | $9,538.65 |
| 18 American Express P.O. Box 981535 El Paso, TX 79998-1535 | | Credit Card | | | | $9,409.54 |
| 19 Americo Energy Real Estate Holdings 7887 San Felipe #237 Houston, TX 77063 | | Lease | | | | $8,725.24 |
| 20 Chase P.O. Box 15298 Wilmington, , DE 19850-5298 | | Credit Card | | | | $8,000.00 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 3

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

IN RE: CHAPTER 11
**Cornerstone Onsite, LLC**

DEBTOR(S) CASE NO

## LIST OF EQUITY SECURITY HOLDERS

| Registered Name of Holder of Security Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| Brad Tucker | | | |
| Charles Lusk | | | |
| Christian Easterling | | | |
| David Baggett | | | |
| Jim Easterling | | | |
| Jim Royer | | | |
| John White | | | |
| MGE Fund II | | | |
| Scott Coleman, DDS | | | |
| Southern Funds Group XXVI | | | |
| Southern Spear Inc. | | | |
| Sylvason | | | |
| Tim Newman | | | |

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the **Chair** of the **Corporation** named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **3/17/2023**

Signature: /s/ John D. White
*John D. White*
**Chair**